IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                     )<br>            Plaintiff,                         )<br>                                                     )<br>vs.                                                )<br>                                                     )<br>WILLIAM EUGENE PACKER,        )<br>                                                     )<br>            Defendant.                      ) | Case No. 4:07CR3141<br><br>ORDER |

 The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

 **IT IS ORDERED** that <u>Korey L. Reiman</u>  is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

 **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

 **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and the defendant's attorney.

 DATED September 29, 2011

                                                      BY THE COURT

                                                      *s/Cheryl R. Zwart*
                                                      Cheryl R. Zwart
                                                      United States Magistrate Judge